UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN ROBERT DEMOS, JR., <br><br> Petitioner, <br><br> v. <br><br> ERIC HOLDER, *et al.*, <br><br> Respondents. | CASE NO. C12-2137-JCC <br><br> ORDER DIRECTING CLERK TO RETURN DOCUMENTS |

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler (Dkt. No. 4), Petitioner's objections to it (Dkt. No. 6), the governing law, and the balance of the record, the Court does hereby find and ORDER:

(1) The Report and Recommendation is ADOPTED;

(2) The Clerk shall RETURN petitioner's recent submissions without filing them, *see Demos v. Stanley*, MC97-0031-JLW (W.D. Wash., March 13, 1997); and

(3) The Clerk of Court is respectfully directed to send copies of this Order to petitioner and to Magistrate Judge Mary Alice Theiler.

ORDER DIRECTING CLERK TO RETURN DOCUMENTS
PAGE -1

01      DATED this 28th day of January 2013.

02

03

04      _____

05      JOHN C. COUGHENOUR
        United States District Judge

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER DIRECTING CLERK TO RETURN DOCUMENTS
PAGE -2