01
02
03
04
05

06                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
07                              AT SEATTLE

08   JOHN ROBERT DEMOS, JR.,              )
                                          )   CASE NO. C12-2137-JCC
09          Petitioner,                   )
                                          )
10       v.                               )
                                          )   ORDER DIRECTING CLERK TO
11   ERIC HOLDER, *et al.*,               )   RETURN DOCUMENTS
                                          )
12          Respondents.                  )
                                          )
13

14          The Court has reviewed the Report and Recommendation of United States Magistrate

15   Judge Mary Alice Theiler (Dkt. No. 4), Petitioner's objections to it (Dkt. No. 6), the governing

16   law, and the balance of the record, the Court does hereby find and ORDER:

17          (1)     The Report and Recommendation is ADOPTED;

18          (2)     The Clerk shall RETURN petitioner's recent submissions without filing them,

19                  *see Demos v. Stanley*, MC97-0031-JLW (W.D. Wash., March 13, 1997); and

20          (3)     The Clerk of Court is respectfully directed to send copies of this Order to

21                  petitioner and to Magistrate Judge Mary Alice Theiler.

22

ORDER DIRECTING CLERK TO RETURN DOCUMENTS
PAGE -1

01     DATED this 28th day of January 2013.

_____
JOHN C. COUGHENOUR
United States District Judge

ORDER DIRECTING CLERK TO RETURN DOCUMENTS
PAGE -2